STATE OF NEW JERSEY, RESPONDENT, v. LOUIS ALFIN, PROSECUTOR.

Argued January 15, 1946—Decided January 16, 1946.

Before Justices DONGES, HEHER and COLIE.

For the prosecutor, *George F. Losche.*

For the respondent, *Walter G. Winne* and *Wallace S. DePuy.*

PER CURIAM.
The applications for *certiorari* are denied, with costs.

STATE OF NEW JERSEY, RESPONDENT, v. FRED HAGER, DEFENDANT-PROSECUTOR.

Argued January 15, 1946—Decided January 16, 1946.

Before Justices DONGES, HEHER and COLIE.

For the prosecutor, *Joseph H. Gaudielle* and *James A. Major.*

For the respondent, *Walter G. Winne* and *Wallace S. DePuy.*

PER CURIAM.
The application for *certiorari* is denied, with costs.